Leo Stein v. Anna B. Stein, Impleaded etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

D. Emil Klein Co., Inc., v. Bard & Margolies, Inc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

A. L. Russell, Inc., v. Irving Rich and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of Cipriano Andrade, Jr.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for a stay, denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of Cipriano Andrade, Jr.— Motion for a stay denied and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Henry Schneider and Others v. 44-84 Realty Corporation.— Motion for leave to reargue appeal denied, with ten dollars costs. [See ante, p. 932.] Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of Frank E. Campbell, Deceased.— Motion for resettlement denied, with ten dollars costs. [See 256 App. Div. 693.] Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Louis H. Pink, Superintendent of Insurance, etc., v. American Surety Company of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

William J. Hayes, Individually, etc., v. Olympic Motor Tours, Inc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

Jeanne De La Mar v. Ralph Modjeski.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., taking no part.

Edward P. Sweeney v. Spring Products Corporation, Impleaded with Schulte Real Estate Co., Inc.— Motion for leave to reargue appeal denied, with ten dollars costs. [See ante, p. 104.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of the Brisk Waterproofing Co., Inc., to Vacate a Subpoena Duces Tecum.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

Central Savings Bank in the City of New York v. Millestell Corporation, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.